UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| THOMAS JASON HOFFPAUIR, ET AL. | : | CIVIL ACTION NO. 2:23-CV-00470 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| BRAD RUSSELL, ET AL. | : | MAGISTRATE JUDGE LEBLANC |

### JUDGMENT

After an independent review of the record, including the objections filed, and considering the Report and Recommendation [doc. 33] of the Magistrate Judge, the Court finds that the Report and Recommendation is supported by the law and the record in this matter. Accordingly,

**IT IS ORDERED** that plaintiffs' Motion to Remand [Doc. 15] be **GRANTED** and that this matter be **REMANDED** to the 38th Judicial District Court, Cameron Parish, Louisiana; the [15] Motion for Attorney fees is **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 25th day of March, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE